UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KARL MECHE                                              CIVIL ACTION

VERSUS                                                    NO. 18-3995

METROPOLITAN LIFE INSURANCE                   SECTION "R" (5)
CO.

## JUDGMENT

Considering the Court's order and reasons[1] on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that that judgment is hereby entered in favor of plaintiff and against defendant.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that defendant MetLife pay plaintiff's past and future long-term disability benefits for his July 20, 2016, back injury subject to the terms of the ERISA long-term disability plan sponsored by Air Liquide USA.

New Orleans, Louisiana, this ___23rd___ day of March, 2020.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]      R. Doc. 31.